RAELENE CIARLELLI *v.* RICHARD ROMEO

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 277 (AC 16329), is denied.

*Kevin P. Walsh,* in support of the petition.

Decided September 30, 1997

GLENS FALLS INSURANCE COMPANY *v.* MARIA F. SYBALSKY ET AL.

MARIA F. MASON ET AL. *v.* GLENS FALLS INSURANCE COMPANY

Maria F. Mason and Julia Sybalsky's petition for certification for appeal from the Appellate Court, 46 Conn. App. 313 (AC 16479), is denied.

*Christopher W. Bromson,* in support of the petition.

*Lloyd D. Pedersen,* in opposition.

Decided September 30, 1997

MOHAN L. MEHTA ET AL. *v.* WAFEEK ABDELSAYED ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 17250) is denied.

*Mohan L. Mehta* and *Radha R. M. Narumanchi,* in support of the petition.

Decided September 30, 1997